## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DATA SPEED TECHNOLOGY LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 14-037-SLR |
| v. | ) | |
| | ) | |
| SABA SOFTWARE, INC., | ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendant. | ) | |
| | ) | |

## NOTICE OF CHANGE OF FIRM

PLEASE TAKE NOTICE that James J. Foster, formerly of the law firm of Wolf

Greenfield & Sacks, P.C., is now affiliated with the law firm Hayes Messina Gilman & Hayes

LLC and should be served at the address below:

James J. Foster
HAYES MESSINA GILMAN & HAYES LLC
200 State Street, 6th Floor
Boston, MA 02109
(617) 439-4200
jfoster@hayesmessina.com

Robert M. Abrahamsen of Wolf Greenfield & Sacks, P.C. and Richards, Layton & Finger, P.A.

continue to represent Defendant.

OF COUNSEL:

James J. Foster
Hayes Messina Gilman & Hayes LLC
200 State Street, 6th Floor
Boston, MA 02109
(617) 439-4200
jfoster@hayesmessina.com

Robert M. Abrahamsen
Wolf Greenfield & Sacks, P.C.
600 Atlantic Avenue
Boston, MA  02210-2206
(617) 646-8000
rabrahamsen@wolfgreenfield.com

Dated:  May 7, 2014

/s/ Frederick L. Cottrell, III
Frederick L. Cottrell, III (#2555)
Christine D. Haynes (#4697)
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE  19801
(302) 651-7700
cottrell@rlf.com
haynes@rlf.com

*Attorneys for Defendant*
*Saba Software, Inc.*